# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ANTOINETTE EVANS,** | : | No. 2:21-cv-05213 |
| **Plaintiff,** | : | Judge Edmund A. Sargus, Jr. |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| **JENNIFER ICEMAN, et al.** | : | **STIPULATED DISMISSAL WITH PREJUDICE** |
| **Defendants.** | : | |

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), Plaintiff Antoinette Evans and Defendants Olentangy Local School District Board of Education, Jennifer Iceman, Michael Starner, James Kim, Mark Raiff, and Todd Meyer hereby stipulate to the dismissal of this action, with prejudice. The parties jointly request that the court retain jurisdiction to enforce the parties' settlement agreement as it pertains to this action.

SO STIPULATED

*/s/ Curt C. Hartman* (email auth. 6/2/2023)
Thomas W. Condit
P.O. Box 12700
Cincinnati, OH 45212
twcondit@fuse.net

=and=

Curt C. Hartman
The Law Firm of Curt C. Hartman
7394 Ridgepoint Drive, Suite 8
Cincinnati, OH 45230
hartmanlawfirm@fuse.net
*Counsel for Plaintiff*

*/s/ Bartholomew T. Freeze*
Bartholomew T. Freeze (0086980)
Genevieve M. Hoffman (0089281)
Joseph G. Bogdewiecz (0093917)
Myrl H. Shoemaker, III (0099149)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 East State Street, Suite 800
Columbus, OH  43215-4247
(614) 827-7300; (614) 827-7303 (fax)
bfreeze@ffalaw.com
ghoffman@ffalaw.com
jbogdewiecz@ffalaw.com
mshoemaker@ffalaw.com

=and=

Patrick J. Schmitz (0055729)
Sandra R. McIntosh (0077278)
SCOTT SCRIVEN LLP
250 E. Broad St., Suite 900
Columbus, OH 43215
(614) 222-8686; (614) 222-8688 (fax)
pat@scottscrivenlaw.com
sandra@scottscrivenlaw.com

*Counsel for Defendants, Jennifer Iceman, Michael Starner, James Kim. Mark Raiff, Todd Meyer and the Olentangy Local School District Board of Education*

## **CERTIFICATE OF SERVICE**

     A true and accurate copy of the foregoing was served this 2nd day of June 2023, via the Court's electronic filing system and electronic mail, upon:

Thomas W. Condit
P.O. Box 12700
Cincinnati, OH 45212
twcondit@fuse.net

=and=

Curt C. Hartman
The Law Firm of Curt C. Hartman
7394 Ridgepoint Drive, Suite 8
Cincinnati, OH 45230
hartmanlawfirm@fuse.net
*Counsel for Plaintiff*

                                               */s/ Bartholomew T. Freeze*
                                               Bartholomew T. Freeze (0086980)