# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANTOINETTE EVANS,**

    **Plaintiff,**

    v.

**JENNIEFER ICEMAN,** *et al.*,

    **Defendants.**

**Case No. 2:21-cv-5213**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the parties' joint motion for stipulation of dismissal with prejudice. (ECF No. 54.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' motion is **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE**. This Court retains jurisdiction to enforce the settlement agreement.

The Clerk is **DIRECTED** to close the case forthwith.

**IT IS SO ORDERED.**

**6/6/2023**           **s/Edmund A. Sargus, Jr.**
**DATE**           **EDMUND A. SARGUS, JR.**
         **UNITED STATES DISTRICT JUDGE**